UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 23-2068

CRYSTAL HARRIS;
KADEYJA DIXON-FOWLER,
                                    Appellants

v.

DISTRICT ATTORNEY LARRY KRASNER;
BRIAN KEAN; ASSISTANT DISTRICT ATTORNEY;
CITY OF PHILADELPHIA; PHILADELPHIA DISTRICT ATTORNEY'S OFFICE

(E.D. Pa. No. 2-22-cv-00839)

Present:  HARDIMAN, PORTER and AMBRO, Circuit Judges

1.  Motion by Appellees Brian Kean and Larry Krasner for Redesignation of
    Opinion as Precedential and Request for Correction

                                    Respectfully,
                                    Clerk/CJG

_____ORDER_____

The foregoing Motion is GRANTED. The Not Precedential opinion previously issued
was drafted primarily for the parties.  As the opinion will now be issued as a Precedential
opinion, the text of the original opinion has been modified because it is now binding
authority. The Judgment entered June 6, 2024 is not changed.  The time for filing a
petition for rehearing is extended until 14 days after the date of this order.


                                    By the Court,

                                    s/ *Thomas M. Hardiman*
                                    Circuit Judge


Dated: July 22, 2024
Tmm/cc: All Counsel of Record